**EQUITIES INCORPORATED v. ROBERT SCOTT**

18 So. (2nd) 6                                           January Term, 1944
May 12, 1944                                                      En Banc

*William E. Thompson,* for appellant.

*O. K. Reaves, Mabry, Reaves, Carlton & White,* for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN, THOMAS, SEBRING and ADAMS, JJ., concur.

BROWN, J., dissents.